IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EDWARD L. PRINGLE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 20-00294-KD-B |
| | * |
| **WEXFORD MEDICAL SOURCES, INC.,** | * |
| *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (Doc. 27) is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 12, 2022 (Doc. 26) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendants' motion for summary judgment is **GRANTED**. It is further **ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**, and that this action is dismissed in its entirety.

**DONE** this 8th day of February 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE
