```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

EDWARD L. PRINGLE,                  \*
                                    \*
    Plaintiff,                  \*
                                    \*
vs.                                 \* CIVIL ACTION NO. 20-00294-KD-B
                                    \*
WEXFORD MEDICAL SOURCES, INC.,      \*
*et al.*,                           \*
                                    \*
    Defendants.                 \*

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Defendants Wexford Medical Sources, Inc., and Dr. Pouparinas, and against Plaintiff Edward L. Pringle.

Plaintiff's claims are dismissed with prejudice and this action is dismissed in its entirety.

**DONE** this 8th day of February 2022.

                                                        **s/ Kristi K. DuBose**
                                                        **KRISTI K. DuBOSE**
                                                        **UNITED STATES DISTRICT JUDGE**